Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| JELD-WEN, INC., <br><br>                              Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br>                              Defendant. | **S U M M O N S** <br><br> Court No. 1:21-CV-114 |

**TO:**   The Attorney General and the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff JELD-WEN, Inc. ("JELD-WEN") is a U.S. importer and producer of the subject merchandise and is, therefore, an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and (C). JELD-WEN was an interested party in the antidumping and countervailing duty investigation under appeal. JELD-WEN has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. JELD-WEN contests the factual findings and/or legal conclusions upon which the U.S. International Trade Commission based its final affirmative determination in the antidumping and countervailing duty investigations on wood moldings and millwork products from China. *See Wood Mouldings and Millwork Products from China; Determinations*, 86 Fed. Reg. 9951 (Int'l Trade Comm. Feb. 17, 2021) (Final Determination). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(II) and 19 U.S.C. § 1516a(a)(2)(B)(i).

(Brief description of contested determination)

3. February 10, 2021
(Date of determination)

4. February 17, 2021
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ James L. Rogers
Signature of Plaintiff's Attorney

James L. Rogers, Jr., Esq.
Nelson Mullins Riley & Scarborough
2 W. Washington Street, Suite 400
Greenville, SC 29601
Phone: (864) 373-2216
jay.rogers@nelsonmullins.com

March 17, 2021
Date

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, D.C., 20436