UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JELD-WEN, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>              Defendant,<br><br>     and<br><br>COALITION OF AMERICAN MILLWORK PRODUCERS,<br><br>              Defendant-Intervenor. | Before:  Leo M. Gordon, Judge<br><br>Court No. 21-00114 |

## JUDGMENT

This action having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now in conformity with that opinion, it is hereby

**ORDERED** that the final affirmative material injury determinations by the U.S. International Trade Commission in the countervailing duty and antidumping duty investigations into imported Wood Mouldings and Millwork Products from China, <u>see Wood Mouldings and Millwork Products from China</u>, 86 Fed. Reg. 9,951 (Int'l Trade Comm'n Feb. 17, 2021), are sustained.

                                                           /s/ Leo M. Gordon
                                                       Judge Leo M. Gordon

Dated: March 28, 2022
      New York, New York